MR. JUSTICE MORRISON,
dissenting:
I concur in affirming summary judgment because I find no evidence that plaintiff was terminated for filing a workers’ compensation claim. If he were so fired a violation of public policy would have *251 occurred and the rationale of Garibaldi cited in the majority opinion would or should control.
The majority opinion guts the law of wrongful discharge as applied to union workers-operating under a collective bargaining agreement. The result of this decision handcuffs the state in attempting to prevent unconscionable acts which violate established public policy.
I believe the direction of the Court, perhaps unwittingly, is clear. Greater job security found through a tort remedy, is afforded to non-union employees. They can recover noneconomic compensatory damages plus punitive damages while the union employee is left with the less effective grievance procedure. Organized labor has been dealt another serious blow by this decision. And it was all unnecessary as defendant was entitled to a summary judgment on the facts.